# United States District Court
# Central District of California

| | |
|---|---|
| JOHN MOGANNAM, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>USCB, INC.,<br><br>              Defendant, | Case No. 2:14-cv-2413-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE. WITHDRAWAL OF CLASS-CERTIFICATION MOTION** |

     Plaintiff John Mogannam filed a Notice of Withdrawal of Motion to Certify Class Action on August 20, 2014. (ECF No. 21.) Based on the Notice of Withdrawal, the Motion to Certify Class set for hearing on September 15, 2014, is hereby **WITHDRAWN** and taken off calendar. (ECF No. 15.)

     However, the Court notes that Mogannam has not stated a reason for withdrawal of the Motion and the Central District Local Rules require that a plaintiff move for class certification within 90 days of the date of service. *See* L.R. 23-3. The class-action Complaint in this action was served on April 16, 2014, requiring a motion for class certification to have been filed by July 15, 2014. Accordingly, the Court **ORDERS** Mogannam **TO SHOW CAUSE**, in writing, **no later than Wednesday, September 3, 2014**, why he is no longer seeking class certification. No hearing will

be held.  Failure to comply with this Order may result in sanctions including the dismissal of class allegations for lack of prosecution.

**IT IS SO ORDERED.**

August 20, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**