# United States District Court
# Central District of California

| | |
|---|---|
| JOHN MOGANNAM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>USCB, INC.,<br><br>        Defendant, | Case No. 2:14-cv-2413-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 23), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, October 20, 2014**, why settlement has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a stipulation to dismiss.  All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

August 20, 2014

                                                  _____
                                                    **OTIS D. WRIGHT, II**
                                          **UNITED STATES DISTRICT JUDGE**